IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ABG EPE IP, LLC,**

   *Plaintiff*,

v.

**01baiyun,** *et al.*,

   *Defendants.*

Case No.: 1:24-cv-3977-SEG

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff ABG EPE IP, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. ALCO Toys Store JD;
2. canvasboutiquework;
3. chaoziclothes;
4. chaoziji_0;
5. girl_boy20238;
6. greeneight;
7. maydevise2023;
8. NewWallDecor;
9. Quanzhou Shandian Electronic Commerce Co., Ltd.;

10. TSHIRTGB;

11. UnikMart; and

12. zihnimuzik.

Dated: November 18, 2024.

                Respectfully submitted,
                THE SLADKUS LAW GROUP

                *s/ Carrie A. Hanlon*
                Carrie A. Hanlon
                Ga. Bar No. 289725
                E-mail: carrie@sladlaw.com
                Jason H. Cooper
                Ga. Bar No. 778884
                E-mail: jason@sladlaw.com

                1397 Carroll Drive
                Atlanta, Georgia 30318
                Telephone: (404) 252-0900
                Facsimile: (404) 252-0970

                ***Attorneys for Plaintiff***