## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ABG EPE IP, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**01baiyun,** *et al.,*<br><br>*Defendants.* | Case No.: 1:24-cv-3977-SEG |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ABG EPE IP, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. oguztolga.

Dated: November 19, 2024.

Respectfully submitted,
THE SLADKUS LAW GROUP

s/Jason H. Cooper
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive

1

Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***